AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>**CHARLES VACCARO**<br><br>Defendant(s) | )<br>)<br>) Case No.  1:19mj3190<br>)<br>)<br>)<br>) |

**FILED**
5:11 pm Jul 19 2019
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 2, 2019 thru July 19, 2019  in the county of  Cuyahoga  in the  Northern  District of  Ohio, and elsewhere , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C., Section 1349 | Conspiracy to Commit Securities Fraud |
| 18 U.S.C., Section 1348 | Securities Fraud |
| 18 U.S.C., Section 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated herein by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Anthony Fry, Special Agent
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3).

Date:  5:06 PM, Jul 19, 2019

_____
*Judge's signature*

City and state:  Cleveland, Ohio

Thomas M. Parker, U.S. Magistrate Judge
*Printed name and title*