AO 442 (Rev. 11/11) Arrest Warrant

FPD: 10936318

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

2019 JUL 25 PM 12:51

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| United States of America<br>v.<br>CHARLES VACCARO<br><br>*Defendant* | )<br>)  Case No.  1:19mj3190<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHARLES VACCARO

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy to Commit Securities Fraud)
18 U.S.C. § 1348 (Securities Fraud)
18 U.S.C. § 1343 (Wire Fraud)

Date: 07/19/2019

*Issuing officer's signature*

City and state: Cleveland, Ohio

Thomas M. Parker, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07/22/2019, and the person was arrested on *(date)* 07/22/2019
at *(city and state)*

Date: 07/25/2019

T/FOR FBI
*Arresting officer's signature*

C. Dockus/USMS
*Printed name and title*