**Query**   **Reports**   **Utilities**   **Help**   **What's New**
**Log Out**

CLOSED

# U.S. District Court
# Eastern District of New York (Central Islip)
# CRIMINAL DOCKET FOR CASE #: 2:19-mj-00666-ARL All Defendants

Case title: USA v. Vaccaro                    Date Filed: 07/22/2019

Assigned to: Magistrate Judge Arlene R. Lindsay

### Defendant (1)

**Charles Vaccaro**                represented by **John Frederick Carman**
                                                 John Carman, Esq.
                                                 666 Old Country Road
                                                 Garden City, NY 11530
                                                 (516) 683-3600
                                                 Fax: 516-683-8410
                                                 Email: john@johncarmanlaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Retained*

**Pending Counts**                             **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                          **Disposition**
None

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| 18:1349.F | |

## Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Charles N. Rose**<br>United States Attorneys Office<br>610 Federal Plaza<br>Central Islip, NY 11722<br>631-715-7844<br>Fax: 631-715-7922<br>Email: charles.rose@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2019 | 1 | REMOVAL TO THE NORTHERN DISTRICT OF OHIO as to Charles Vaccaro (1). (Imrie, Robert) (Entered: 07/29/2019) |
| 07/22/2019 | 2 | Minute Entry for proceedings held before Magistrate Judge Arlene R. Lindsay Initial Appearance as to Charles Vaccaro held on 7/22/2019. Appearances: AUSA Charles Rose, John Carman for Mr. Vaccaro. Mr. Vaccaro waived his right to a Rule 5 hearing. Order Setting Conditions of Bond entered. (ESR 4:16 - 4:33) (Imrie, Robert) (Entered: 07/29/2019) |
| 07/22/2019 | 3 | WAIVER of Rule 5 Hearing by Charles Vaccaro. (Imrie, Robert) (Entered: 07/29/2019) |
| 07/22/2019 | 4 | ORDER Setting Conditions of Release as to Charles Vaccaro (1) 1,000,000. Ordered by Magistrate Judge Arlene R. Lindsay on 7/22/2019. (Imrie, Robert) (Entered: 07/29/2019) |
| 07/22/2019 | 5 | |

|  |  | REDACTION by Charles Vaccaro to 4 1 - Sealed Document CR, Order Setting Conditions of Release (Imrie, Robert) (Entered: 07/29/2019) |
| --- | --- | --- |
| 07/25/2019 | 6 | Letter MOTION for Extension of Time to File *(meet collateral requirements of his personal recognizance bond)* by Charles Vaccaro. (Imrie, Robert) (Entered: 07/29/2019) |
| 07/26/2019 | 7 | ORDER granting 6 Motion for Extension of Time to File as to Charles Vaccaro (1). Ordered by Magistrate Judge Arlene R. Lindsay on 7/26/2019. (Imrie, Robert) (Entered: 07/29/2019) |
| 07/29/2019 |  | Notice to Northern District of Ohio of a Rule 5 or Rule 32 Initial Appearance as to Charles Vaccaro. Your case number is: 1:19-mj-3190. The clerk will transmit ALL applicable documents via email. The [Financial Department - NYED] finance office will transmit the bond and/or passport collected. (If you require certified copies of any documents, please send a request to [InterDistrictTransfer_NYED@nyed.uscourts.gov]. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Imrie, Robert) (Entered: 07/29/2019) |