FILED
4:02 pm Apr 01 2020
Clerk U.S. District Court
Northern District of Ohio
Cleveland

**Wesley Green**

**PO Box 861**

**Waynesboro, VA 22980**

March 16, 2020

Honorable Magistrate Judge Thomas M. Parker

United States District Court Northern District of Ohio Eastern Division

801 West Superior Ave.

Courtroom 11B

Cleveland, OH 44113-1845

RE: United States of America vs. Charles Vaccaro Case No. 1:19-mj-03190

Dear Honorable Judge Parker:

I am writing you as a shareholder of Pot Network Holdings, or POTN as it is known under it's Over the Counter Symbol. I have been a shareholder for over two years, and was greatly disturbed to learn of the FBI charges involving the defendant & aforementioned company in United States of America vs. Charles Vaccaro.

Mr. Vaccaro has been granted more than one continuance to protect his rights to a fair trial. May I ask the court to please consider that a further delay of this trial is hindering Pot Network Holdings from executing their business plan, and thus adversely impacting a multitude of investors' interest in the company's stock as well?

Sincerely and respectfully,

Wesley Green