# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:19MJ3190 |
| Plaintiff, | ) |
| | ) MAGISTRATE JUDGE THOMAS M. |
| vs. | ) PARKER |
| | ) |
| CHARLES VACCARO, | ) |
| | ) **MOTION FOR WITHDRAWL OF** |
| Defendant. | ) **COUNSEL** |

Now comes Alexander P. Wentworth-Ping, pursuant to Loc. R. 57.21, and hereby moves this Court for permission to withdraw as counsel of record for Defendant Charles Vaccaro as he is leaving Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") as of May 29, 2020, and requests that the Court no longer include the undersigned on the ECF system for this case. Attorney Alex B. Spiro of Quinn Emanuel will continue as attorney of record for Defendant Vaccaro.

                                              Respectfully submitted,

                                              */s/ Alexander P. Wentworth-Ping*
                                              Alexander P. Wentworth-Ping (NY: 5252762)
                                              Quinn Emanuel Urquhart & Sullivan, LLP
                                              51 Madison Avenue, 22nd Floor
                                              New York, NY 10010
                                              Telephone: (212) 849-7584
                                              Email: alexwentworthping@quinnemanuel.com

                                              *Attorney for Defendant Charles Vaccaro*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 20, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                         */s/ Alexander P. Wentworth-Ping*
                                         Alexander P. Wentworth-Ping

                                         *Attorney for Defendant Charles Vaccaro*